UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRENT THERIOT** | : | **DOCKET NO. 2:22-cv-04083** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE & CASUALTY CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## NOTICE AND ORDER

Defendant **State Farm Fire & Casualty Company** filed a Diversity Jurisdiction Disclosure Statement [doc. 40] into the record. After review of the document, we find that **State Farm Fire & Casualty Company** has failed to adequately allege its citizenship for purposes of diversity jurisdiction under 28 U.S.C. § 1332. Specifically, instead of listing its own place of incorporation, State Farm informed the court that it is a "wholly-owned subsidiary of State Farm Mutual Automobile Insurance Company," which is an Illinois corporation. Doc. 40. For diversity purposes, a corporation is a citizen of its state of incorporation and the state where it has its principal place of business. 28 U.S.C. § 1332; *Hertz Corp. v. Friend*, 130 S.Ct. 1181 (2010). Accordingly,

**IT IS ORDERED** that, on or before **October 19, 2023**, **State Farm Fire & Casualty Company** is to amend its Diversity Jurisdiction Disclosure Statement [doc. 40] to use the proper method to allege its citizenship, i.e., State Farm Fire & Casualty Company's state of incorporation and principal place of business.

THUS DONE AND SIGNED in Chambers this 17th day of October, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE